UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF

PROTERAS CO., LTD.

Case No. 25-mc-80253-SVK

**ORDER RE SERVICE AND RESPONSE TO EX PARTE APPLICATION**

Re: Dkt. No. 1

Applicant Proteras Co., Ltd. ("Proteras") has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena *duces tecum* on Google LLC ("Google") in support of an intended Japanese court proceeding. Dkts. 1, 6. Where "the only relief sought" in a federal action is "court-ordered discovery," such as in a "freestanding subpoena request" pursuant to 28 U.S.C. § 1782, a "ruling on such a request necessarily disposes of the ultimate relief sought in the federal request" and is a "dispositive matter." *CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 807-08 (9th Cir. 2022). Thus, the Court **ORDERS** as follows:

1. Proteras must serve Google with a copy of this Order and the ex parte application (including the accompanying declarations and proposed order and subpoena, *see* Dkts. 2-6) **no later than September 5, 2025** and file a proof of service promptly after it has done so.

2. Any response by Google to the application is due by **September 26, 2025**.

3. Proteras and Google may consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Consent or declination shall be due no later than 7 days from Google's appearance in this action. *See CPC Patent Techs.*, 34 F.4th at 808-

09. The United States District Court for the Northern District of California maintains a standard form for parties to complete in cases assigned to a magistrate judge: https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/Notice_of_MJ_Assignment_Election_Form.pdf. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). If this Court does not receive the consent of all parties by the deadline, the matter may be reassigned to a district judge.

**SO ORDERED.**

Dated: August 27, 2025

SUSAN VAN KEULEN
United States Magistrate Judge